**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

In re:   SONYA C BROWN                                             Case No.   18-28447 - SLM
         **Debtor(s)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LAKEVIEW LOAN SERVICING, LLC C/O FLAGSTAR BANK, FSB | PINGORA LOAN SERVICING, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
LAKEVIEW LOAN SERVICING, LLC C/O FLAGSTAR BANK, FSB
5151 CORPORATE DRIVE, SUITE 3-142
TROY, MI 48098-2639

Court Claim # (if known): 5
Amount of Claim: $187,729.19
Date Claim Filed: 11/26/2018

Phone:   (810) 258-9333
Last Four Digits of Acct #:   4401

Phone:
Last Four Digits of Acct #:   4408

Name and Address where transferee payments should be sent (if different from above):
LAKEVIEW LOAN SERVICING, LLC C/O FLAGSTAR BANK, FSB
PO BOX 660263
DALLAS, TX 75266-0263

Phone:   (800) 968-7700
Last Four Digits of Acct #:   4401

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Nicholas V. Rogers                              Date:   February 5, 2019
      Transferee/Transferee's Agent

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>819672<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for LAKEVIEW LOAN SERVICING, LLC | |
| In Re:<br><br>SONYA C BROWN | Case No: 18-28447 - SLM<br><br>Judge: STACEY L. MEISEL<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, ALEXIS FISHER:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents LAKEVIEW LOAN SERVICING, LLC in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On February 14, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Transfer of Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: February 14, 2019            /s/ *ALEXIS FISHER*
                                        ALEXIS FISHER

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sonya C Brown<br>1977 Long Terrace<br>Union, NJ 07083 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Herbert B. Raymond<br>7 Glenwood Ave<br>Suite #408<br>4th Floor<br>East Orange, NJ 07017 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg, Trustee<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.