B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

District Of New Jersey

In re Sonya C Brown, Case No. 18-28447

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

MidFirst Bank
_____
Name of Transferee

LAKEVIEW LOAN SERVICING, LLC C/O FLAGSTAR BANK, FSB
_____
Name of Transferor

Name and Address where notices to transferee should be sent:
MidFirst Bank
Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: 2657

Court Claim # (if known): 5
Amount of Claim: $187,729.19
Date Claim Filed: 11/26/2018

Phone: (810) 258-9333
Last Four Digits of Acct. #: 4401

Name and Address where transferee payments should be sent (if different from above):
MidFirst Bank
Bankruptcy Payments
999 NW Grand Boulevard, #100
Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: 2657

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jenelle C. Arnold
Transferee's Agent

Date: 02/20/2020

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177 0933
Telephone: (858) 750 7600
Facsimile: (619) 590-1385
E-mail: cmcdermott@aldridgepite.com

Agent for MidFirst Bank

| | |
|---|---|
| In Re: | Case No.: 18-28447-SLM |
| SONYA C BROWN, | Chapter: 13 |
| | Adv. No.: |
| | Hearing Date: |
| | Judge: Honorable Stacey L. Meisel |

**CERTIFICATION OF SERVICE**

1. I, __Ebony Ishmon__ :

    ☐ represent the _____ in the above-captioned matter.

    ☐ am the secretary/paralegal for ___, who represents the

    _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

    ☒ See Attachment Page

2. On __February 20, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Transfer of Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __February 20, 2020__         /s/Ebony Ishmon
                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sonya C Brown<br>1977 Long Terrace<br>Union, NJ 07083 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Herbert B. Raymond | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Attachment Page

☒ am the secretary/paralegal for _____Christopher M. McDermott_____, agent for the MidFirst Bank, secured creditor in the above captioned matter.