| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on April 9, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>      SONYA C BROWN | Case No.:  18-28447 SLM<br><br>Hearing Date:  4/8/2020 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 9, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): SONYA C BROWN

Case No.: 18-28447

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 04/08/2020 on notice to HERBERT B. RAYMOND, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Sonya C Brown  
    Debtor

Case No. 18-28447-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 09, 2020  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.  
db          +Sonya C Brown,   1977 Long Terrace,   Union, NJ 07083-5406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:

        Alexandra T. Garcia    on behalf of Creditor    Pingora Loan Servicing, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
        Andrew L. Spivack    on behalf of Creditor    PINGORA LOAN SERVICING, LLC nj.bkecf@fedphe.com  
        Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Herbert B. Raymond    on behalf of Debtor Sonya C Brown herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Melissa S DiCerbo    on behalf of Creditor    Pingora Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
        Nicholas V. Rogers    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC C/O FLAGSTAR BANK, FSB nj.bkecf@fedphe.com  
        Robert Davidow    on behalf of Creditor    PINGORA LOAN SERVICING, LLC nj.bkecf@fedphe.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                         TOTAL: 9