Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

---

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NEW JERSEY |
| | CHAPTER 13 |
| | CASE NO.: 18-28447 (SLM) |
| SONYA BROWN, | |
| DEBTOR(S). | |

---

**CERTIFICATION OF DEBTOR'S COUNSEL
SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE**

HERBERT B. RAYMOND, Esquire, hereby certifies as follows:

1. I represented the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

**STANDARD FEES**

_____ Prosecution of motion on behalf of Debtor.      $500.00

    Nature of Motion: Motion to Avoid Judgment lien

    Hearing Date(s):

_XXX_ Defense of motion on behalf of debtor        $400.00
    (Including filing Objection to Creditor's
    or Trustee's Certification of Default).

    Nature of Motion: Midfirst Bank's Stay Relief Motion

    Hearing Date(s): June 24, 2020

_____ Additional court appearance(s).            $100.00
    (Not to exceed three).

    Purpose:

    Hearing Date(s):

_____ Filing and appearance on a modified        $300.00

               Chapter 13 Plan.

_____ Preparation of Wage Order                              $100.00

_____ Preparation and filing of Amendments                   $100.00
      to Schedules D, E, F or List of Creditors.

_____ Preparation and filing of other amended                $100.00
      schedules.

_____ Preparation and filing of Application                  $200.00
      for Retention of Professional.

_____ Preparation and filing of Notice of Sale               $100.00
      or Settlement of Controversy.

### **NON-STANDARD FEES**

    Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:

    Describe non-standard expenses in detail:

2.   To date, in this case:

       I have applied for fees (including original retainer)
       in the amount of : $3,400.00

       To date, I have received: $3,400.00

3.   I seek compensation for services rendered in the amount of _$400.00__ payable:

    _XXX_ through the Chapter 13 plan as an administrative priority.

    _____ outside the plan.

4.   _XXX_ This allowance will not impact on plan payments.

    _____ This fee will impact on plan payments.

    Present plan:

    Proposed plan:

  I certify that I have not filed any fee application within

the last 120 days.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2020    /S/ HERBERT B. RAYMOND, ESQ.

_____

Signature of Applicant