HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  SONYA C BROWN              Atty:  HERBERT B. RAYMOND, ESQ.
     1977 LONG TERRACE                  7 GLENWOOD AVENUE
     UNION, NJ  07083                   4TH FLOOR SUITE 408
                                        EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 18-28447

## RECEIPTS AS OF 01/15/2021     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/16/2018 | $843.00 | 5315691000 | 11/19/2018 | $843.00 | 5400189000 |
| 12/17/2018 | $843.00 | 5474645000 | 01/17/2019 | $843.00 | 5548847000 |
| 02/19/2019 | $843.00 | 5626026000 | 03/18/2019 | $843.00 | 5710784000 |
| 04/17/2019 | $843.00 | 5787866000 | 05/16/2019 | $843.00 | 5865280000 |
| 06/19/2019 | $843.00 | 5949030000 | 07/17/2019 | $843.00 | 6021839000 |
| 08/19/2019 | $843.00 | 6102490000 | 09/19/2019 | $843.00 | 6185845000 |
| 10/25/2019 | $843.00 | 6275991000 | 11/21/2019 | $843.00 | 6344455000 |
| 01/22/2020 | $843.00 | 6499305000 | 03/12/2020 | $843.00 | 6633026000 |
| 03/23/2020 | $843.00 | 6652451000 | 04/03/2020 | $843.00 | 6687461000 |
| 04/20/2020 | $843.00 | 6722419000 | 05/05/2020 | $843.00 | 6770548000 |
| 06/29/2020 | $843.00 | 6899759000 | 07/27/2020 | $843.00 | 6962918000 |
| 08/12/2020 | $843.00 | 7008714000 | 09/24/2020 | $843.00 | 7106020000 |
| 10/16/2020 | $843.00 | 7163564000 | 11/30/2020 | $843.00 | 7263078000 |
| 12/28/2020 | $843.00 | 7330613000 | | | |

**Total Receipts: $22,761.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $22,761.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LAKEVIEW LOAN SERVICING LLC | | | | | | |
| | 03/18/2019 | $1,016.51 | 821,232 | 04/15/2019 | $755.09 | 823,273 |
| | 05/20/2019 | $1,510.18 | 825,245 | 06/17/2019 | $768.70 | 827,272 |
| | 08/19/2019 | $1,537.40 | 831,062 | 10/21/2019 | $1,557.42 | 835,090 |
| | 12/16/2019 | $759.09 | 839,108 | 01/13/2020 | $759.09 | 840,983 |
| MIDFIRST BANK | | | | | | |
| | 03/16/2020 | $759.09 | 844,823 | 04/20/2020 | $759.09 | 846,771 |
| | 05/18/2020 | $1,479.74 | 848,701 | 06/15/2020 | $1,061.37 | 850,370 |
| | 08/17/2020 | $726.55 | 854,030 | 08/17/2020 | $14.88 | 854,030 |
| | 09/21/2020 | $1,453.10 | 855,821 | 09/21/2020 | $29.75 | 855,821 |
| | 11/16/2020 | $1,080.40 | 859,507 | 11/16/2020 | $22.12 | 859,507 |
| | 01/11/2021 | $726.56 | 863,124 | 01/11/2021 | $14.88 | 863,124 |
| PINGORA LOAN SERVICING, LLC. | | | | | | |
| | 02/11/2019 | $275.22 | 819,951 | 03/06/2019 | ($275.22) | 819,951 |

Case 18-28447-SLM    Doc 44    Filed 01/16/21    Entered 01/16/21 13:12:45    Desc Main
Document    Page 2 of 2

**Chapter 13 Case # 18-28447**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| WELLS FARGO AUTO | | | | | | |
| | 02/11/2019 | $14.63 | 820,525 | 03/18/2019 | $53.66 | 822,562 |
| | 04/15/2019 | $39.86 | 824,539 | 05/20/2019 | $79.72 | 826,601 |
| | 06/17/2019 | $40.58 | 828,482 | 08/19/2019 | $81.16 | 832,435 |
| | 10/21/2019 | $82.22 | 836,478 | 12/16/2019 | $40.07 | 840,340 |
| | 01/13/2020 | $40.07 | 842,239 | 03/16/2020 | $40.07 | 846,064 |
| | 04/20/2020 | $40.07 | 848,035 | 05/18/2020 | $78.12 | 849,769 |
| | 06/15/2020 | $56.03 | 851,467 | 08/17/2020 | $38.35 | 855,160 |
| | 09/21/2020 | $76.71 | 857,066 | 11/16/2020 | $57.03 | 860,644 |
| | 01/11/2021 | $38.35 | 864,115 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,398.51 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,895.00 | 100.00% | 2,895.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA) NA | UNSECURED | 192.04 | 100.00% | 0.00 | 192.04 |
| 0004 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | HUD | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | WELLS FARGO AUTO | VEHICLE SECURE | 2,055.27 | 100.00% | 896.70 | 1,158.57 |
| 0014 | LVNV FUNDING LLC | UNSECURED | 445.03 | 100.00% | 0.00 | 445.03 |
| 0015 | GARDEN STATE ANESTHESIA SERVICES I | UNSECURED | 925.00 | 100.00% | 0.00 | 925.00 |
| 0016 | MIDFIRST BANK | MORTGAGE ARRE | 38,656.25 | 100.00% | 16,709.38 | 21,946.87 |
| 0017 | MIDFIRST BANK | (NEW) MTG Agree | 531.00 | 100.00% | 81.63 | 449.37 |

**Total Paid: $21,981.22**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $22,761.00   -   Paid to Claims: $17,687.71   -   Admin Costs Paid: $4,293.51   =   Funds on Hand: $779.78

**\*\*NOTE**:   THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.