HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  SONYA C BROWN                              Atty:  HERBERT B. RAYMOND, ESQ.
     1977 LONG TERRACE                                 7 GLENWOOD AVENUE
     UNION, NJ  07083                                  4TH FLOOR SUITE 408
                                                       EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 18-28447

## RECEIPTS AS OF 01/14/2022 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/16/2018 | $843.00 | 5315691000 | 11/19/2018 | $843.00 | 5400189000 |
| 12/17/2018 | $843.00 | 5474645000 | 01/17/2019 | $843.00 | 5548847000 |
| 02/19/2019 | $843.00 | 5626026000 | 03/18/2019 | $843.00 | 5710784000 |
| 04/17/2019 | $843.00 | 5787866000 | 05/16/2019 | $843.00 | 5865280000 |
| 06/19/2019 | $843.00 | 5949030000 | 07/17/2019 | $843.00 | 6021839000 |
| 08/19/2019 | $843.00 | 6102490000 | 09/19/2019 | $843.00 | 6185845000 |
| 10/25/2019 | $843.00 | 6275991000 | 11/21/2019 | $843.00 | 6344455000 |
| 01/22/2020 | $843.00 | 6499305000 | 03/12/2020 | $843.00 | 6633026000 |
| 03/23/2020 | $843.00 | 6652451000 | 04/03/2020 | $843.00 | 6687461000 |
| 04/20/2020 | $843.00 | 6722419000 | 05/05/2020 | $843.00 | 6770548000 |
| 06/29/2020 | $843.00 | 6899759000 | 07/27/2020 | $843.00 | 6962918000 |
| 08/12/2020 | $843.00 | 7008714000 | 09/24/2020 | $843.00 | 7106020000 |
| 10/16/2020 | $843.00 | 7163564000 | 11/30/2020 | $843.00 | 7263078000 |
| 12/28/2020 | $843.00 | 7330613000 | 01/27/2021 | $843.00 | 7405867000 |
| 02/01/2021 | $843.00 | 7421807000 | 02/01/2021 | ($843.00) | 7405867000 |
| 03/08/2021 | $843.00 | | 03/29/2021 | $843.00 | |
| 04/30/2021 | $843.00 | | 06/03/2021 | $845.00 | |
| 07/06/2021 | $845.00 | | 08/02/2021 | $845.00 | |
| 08/31/2021 | $843.00 | | 10/06/2021 | $843.00 | |
| 11/08/2021 | $843.00 | | 12/20/2021 | $843.00 | |
| 01/07/2022 | $843.00 | | | | |

**Total Receipts: $32,883.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $32,883.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LAKEVIEW LOAN SERVICING LLC | | | | | | |
| | 03/18/2019 | $1,016.51 | 821,232 | 04/15/2019 | $755.09 | 823,273 |
| | 05/20/2019 | $1,510.18 | 825,245 | 06/17/2019 | $768.70 | 827,272 |
| | 08/19/2019 | $1,537.40 | 831,062 | 10/21/2019 | $1,557.42 | 835,090 |

**Chapter 13 Case # 18-28447**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 12/16/2019 | $759.09 | 839,108 | | 01/13/2020 | $759.09 | 840,983 |
| MIDFIRST BANK | | | | | | | |
| | 03/16/2020 | $759.09 | 844,823 | | 04/20/2020 | $759.09 | 846,771 |
| | 05/18/2020 | $1,479.74 | 848,701 | | 06/15/2020 | $1,061.37 | 850,370 |
| | 08/17/2020 | $726.55 | 854,030 | | 08/17/2020 | $14.88 | 854,030 |
| | 09/21/2020 | $1,453.10 | 855,821 | | 09/21/2020 | $29.75 | 855,821 |
| | 11/16/2020 | $1,080.40 | 859,507 | | 11/16/2020 | $22.12 | 859,507 |
| | 01/11/2021 | $726.56 | 863,124 | | 01/11/2021 | $14.88 | 863,124 |
| | 02/22/2021 | $726.55 | 864,759 | | 02/22/2021 | $14.88 | 864,759 |
| | 03/15/2021 | $1,453.10 | 866,641 | | 03/15/2021 | $29.75 | 866,641 |
| | 04/19/2021 | $726.55 | 868,278 | | 04/19/2021 | $14.88 | 868,278 |
| | 05/17/2021 | $726.55 | 870,193 | | 05/17/2021 | $14.88 | 870,193 |
| | 06/21/2021 | $740.08 | 871,976 | | 06/21/2021 | $15.15 | 871,976 |
| | 07/19/2021 | $740.08 | 873,788 | | 07/19/2021 | $15.15 | 873,788 |
| | 08/16/2021 | $740.08 | 875,471 | | 08/16/2021 | $15.15 | 875,471 |
| | 09/20/2021 | $738.33 | 877,196 | | 09/20/2021 | $15.12 | 877,196 |
| | 10/18/2021 | $746.18 | 878,980 | | 10/18/2021 | $15.28 | 878,980 |
| | 11/17/2021 | $746.18 | 880,680 | | 11/17/2021 | $15.28 | 880,680 |
| | 01/10/2022 | $1,492.36 | 883,977 | | 01/10/2022 | $30.56 | 883,977 |
| PINGORA LOAN SERVICING, LLC. | | | | | | | |
| | 02/11/2019 | $275.22 | 819,951 | | 03/06/2019 | ($275.22) | 819,951 |
| WELLS FARGO AUTO | | | | | | | |
| | 02/11/2019 | $14.63 | 820,525 | | 03/18/2019 | $53.66 | 822,562 |
| | 04/15/2019 | $39.86 | 824,539 | | 05/20/2019 | $79.72 | 826,601 |
| | 06/17/2019 | $40.58 | 828,482 | | 08/19/2019 | $81.16 | 832,435 |
| | 10/21/2019 | $82.22 | 836,478 | | 12/16/2019 | $40.07 | 840,340 |
| | 01/13/2020 | $40.07 | 842,239 | | 03/16/2020 | $40.07 | 846,064 |
| | 04/20/2020 | $40.07 | 848,035 | | 05/18/2020 | $78.12 | 849,769 |
| | 06/15/2020 | $56.03 | 851,467 | | 08/17/2020 | $38.35 | 855,160 |
| | 09/21/2020 | $76.71 | 857,066 | | 11/16/2020 | $57.03 | 860,644 |
| | 01/11/2021 | $38.35 | 864,115 | | 02/22/2021 | $38.35 | 866,091 |
| | 03/15/2021 | $76.71 | 867,658 | | 04/19/2021 | $38.35 | 869,577 |
| | 05/17/2021 | $38.35 | 871,365 | | 06/21/2021 | $39.07 | 873,224 |
| | 07/19/2021 | $39.07 | 874,932 | | 08/16/2021 | $39.07 | 876,642 |
| | 09/20/2021 | $38.98 | 878,437 | | 10/18/2021 | $39.39 | 880,163 |
| | 11/17/2021 | $39.39 | 881,828 | | 01/10/2022 | $78.78 | 885,118 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,022.66 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,895.00 | 100.00% | 2,895.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA) NA | UNSECURED | 192.04 | 100.00% | 0.00 | 192.04 |
| 0004 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | HUD | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | WELLS FARGO AUTO | VEHICLE SECURE | 2,055.27 | 100.00% | 1,402.21 | 653.06 |
| 0014 | LVNV FUNDING LLC | UNSECURED | 445.03 | 100.00% | 0.00 | 445.03 |
| 0015 | GARDEN STATE ANESTHESIA SERVICES I | UNSECURED | 925.00 | 100.00% | 0.00 | 925.00 |
| 0016 | MIDFIRST BANK | MORTGAGE ARR | 38,656.25 | 100.00% | 26,285.42 | 12,370.83 |
| 0017 | MIDFIRST BANK | (NEW) MTG Agree | 531.00 | 100.00% | 277.71 | 253.29 |

**Total Paid: $32,883.00**
See Summary

**Chapter 13 Case # 18-28447**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $32,883.00    -    Paid to Claims: $27,965.34    -    Admin Costs Paid: $4,917.66    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.