Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−28447−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonya C Brown
   1977 Long Terrace
   Union, NJ 07083

Social Security No.:
   xxx−xx−5328

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 29, 2018.

On 1/15/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                February 23, 2022
Time:                08:30 AM
Location:            Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 18, 2022
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                     Case No. 18-28447-SLM
Sonya C Brown                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Jan 18, 2022      Form ID: 185      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonya C Brown, 1977 Long Terrace, Union, NJ 07083-5406 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, PHELAN HALLINAN DIAMOND & JONES, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC C/O FLAGSTAR BANK, FS, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | PINGORA LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517796062 | + | Garden State Anesthesia Services PA, Law Offices of Paul L Marks, PLLC, 299 North Plank Road, Ste 104, Newburgh, NY 12550-1787 |
| 517757733 | + | Jersey City Medical Center, 350 Montgomery Street, 2nd Floor, Jersey City, NJ 07302-4041 |
| 517757732 | + | Jersey City Medical Center, Attn: Patient Billing, 50 Baldwin Avenue, Jersey City, NJ 07304-3154 |
| 518029241 | | LAKEVIEW LOAN SERVICING, LLC C/O, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, SUITE 3-142, TROY, MI 48098-2639 |
| 518029242 | + | LAKEVIEW LOAN SERVICING, LLC C/O, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, SUITE 3-142, TROY, MI 48098-2639, LAKEVIEW LOAN SERVICING, LLC C/O FLAGSTAR BANK, FSB 48098-2639 |
| 517757734 | + | McCabe, Weisberg & Conway, PC, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 517886500 | | Pingora Loan Servicing, LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 517757735 | + | Quality Asset Recovery, 7 Foster Ave. Ste. 101, Gibbsboro, NJ 08026-1191 |
| 517889151 | + | Wells Fargo Bank , NA, d/b/a Wells Fargo Auto, PO Box 13000, Raleigh, NC 27605-3000 |
| 517757737 | + | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 18 2022 22:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 18 2022 22:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517757727 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 18 2022 22:27:27 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 517824219 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 18 2022 22:27:19 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517757728 | + | Email/Text: clientservices@credit-control.com | Jan 18 2022 22:17:00 | Central Loan Admin & R, PO Box 77404, Ewing, NJ 08628-6404 |
| 517757729 | + | Email/Text: ering@cbhv.com | Jan 18 2022 22:17:00 | Collection Bureau Of The Hudson, 155 N Plank Rd, Newburgh, NY 12550-1748 |
| 517757730 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 18 2022 22:17:00 | Dept Of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517757731 | + | Email/Text: james.r.shear@hud.gov | Jan 18 2022 22:17:00 | HUD, 52 Corporate Circle, Albany, NY 12203-5166 |
| 517794379 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2022 22:26:59 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 18-28447-SLM    Doc 50    Filed 01/20/22    Entered 01/21/22 00:15:42    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 18, 2022 | Form ID: 185 | Total Noticed: 26 |

| 518722248 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 18 2022 22:27:18 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
|---|---|---|---|
| 518722247 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 18 2022 22:26:44 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517785319 | + Email/Text: electronicbkydocs@nelnet.net | Jan 18 2022 22:17:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517757736 | *+ | Quality Asset Recovery, 7 Foster Ave., Ste. 101, Gibbsboro, NJ 08026-1191 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2022                              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Pingora Loan Servicing  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Sonya C Brown herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa S DiCerbo | on behalf of Creditor Pingora Loan Servicing  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Nicholas V. Rogers | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC C/O FLAGSTAR BANK, FSB nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7