Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−28447−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonya C Brown
   1977 Long Terrace
   Union, NJ 07083

Social Security No.:
   xxx−xx−5328

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 23, 2022.

Dated: February 23, 2022
JAN: rah

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sonya C Brown  
    Debtor

Case No. 18-28447-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2  
Date Rcvd: Feb 23, 2022    Form ID: plncf13    Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonya C Brown, 1977 Long Terrace, Union, NJ 07083-5406 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, PHELAN HALLINAN DIAMOND & JONES, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC C/O FLAGSTAR BANK, FS, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | PINGORA LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517796062 | + | Garden State Anesthesia Services PA, Law Offices of Paul L Marks, PLLC, 299 North Plank Road, Ste 104, Newburgh, NY 12550-1787 |
| 517757733 | + | Jersey City Medical Center, 350 Montgomery Street, 2nd Floor, Jersey City, NJ 07302-4041 |
| 517757732 | + | Jersey City Medical Center, Attn: Patient Billing, 50 Baldwin Avenue, Jersey City, NJ 07304-3154 |
| 518029241 | | LAKEVIEW LOAN SERVICING, LLC C/O, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, SUITE 3-142, TROY, MI 48098-2639 |
| 518029242 | + | LAKEVIEW LOAN SERVICING, LLC C/O, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, SUITE 3-142, TROY, MI 48098-2639, LAKEVIEW LOAN SERVICING, LLC C/O FLAGSTAR BANK, FSB 48098-2639 |
| 517757734 | + | McCabe, Weisberg & Conway, PC, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 517886500 | + | Pingora Loan Servicing, LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 517757735 | + | Quality Asset Recovery, 7 Foster Ave. Ste. 101, Gibbsboro, NJ 08026-1191 |
| 517889151 | + | Wells Fargo Bank , NA, d/b/a Wells Fargo Auto, PO Box 13000, Raleigh, NC 27605-3000 |
| 517757737 | + | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 23 2022 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 23 2022 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517757727 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2022 21:03:46 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 517824219 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2022 21:03:47 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517757728 | + | Email/Text: clientservices@credit-control.com | Feb 23 2022 20:57:00 | Central Loan Admin & R, PO Box 77404, Ewing, NJ 08628-6404 |
| 517757729 | + | Email/Text: ering@cbhv.com | Feb 23 2022 20:57:00 | Collection Bureau Of The Hudson, 155 N Plank Rd, Newburgh, NY 12550-1748 |
| 517757730 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 23 2022 20:57:00 | Dept Of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517757731 | + | Email/Text: james.r.shear@hud.gov | Feb 23 2022 20:57:00 | HUD, 52 Corporate Circle, Albany, NY 12203-5166 |
| 517794379 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2022 21:03:52 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| 518722248 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| --- | --- | --- | --- |
| | | Feb 23 2022 21:04:01 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518722247 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | Feb 23 2022 21:04:01 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517785319 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Feb 23 2022 20:57:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 517757736 | *+ | Quality Asset Recovery, 7 Foster Ave., Ste. 101, Gibbsboro, NJ 08026-1191 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022                              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alexandra T. Garcia | on behalf of Creditor Pingora Loan Servicing  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Sonya C Brown herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa S DiCerbo | on behalf of Creditor Pingora Loan Servicing  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Nicholas V. Rogers | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC C/O FLAGSTAR BANK, FSB nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7