UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

**Order Filed on March 1, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  SONYA BROWN,

  DEBTOR(S)

Case No.: 18-28447 (SLM)

Adv. No.:

Hearing Date: 3/1/2022

Judge: STACEY MEISEL

## ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

    The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: March 1, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Sonya Brown,  Debtor(s)

Case no.: 18-28447 (SLM)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$2,100.00** for services rendered and expenses in the amount **$60.00**  for a total of **$2,160.00**.  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____  outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.