HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  SONYA C BROWN
     1977 LONG TERRACE
     UNION,  NJ  07083

Atty:  HERBERT B. RAYMOND, ESQ.
     7 GLENWOOD AVENUE
     4TH FLOOR SUITE 408
     EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 18-28447

## RECEIPTS AS OF 01/13/2023     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/16/2018 | $843.00 | 5315691000 | 11/19/2018 | $843.00 | 5400189000 |
| 12/17/2018 | $843.00 | 5474645000 | 01/17/2019 | $843.00 | 5548847000 |
| 02/19/2019 | $843.00 | 5626026000 | 03/18/2019 | $843.00 | 5710784000 |
| 04/17/2019 | $843.00 | 5787866000 | 05/16/2019 | $843.00 | 5865280000 |
| 06/19/2019 | $843.00 | 5949030000 | 07/17/2019 | $843.00 | 6021839000 |
| 08/19/2019 | $843.00 | 6102490000 | 09/19/2019 | $843.00 | 6185845000 |
| 10/25/2019 | $843.00 | 6275991000 | 11/21/2019 | $843.00 | 6344455000 |
| 01/22/2020 | $843.00 | 6499305000 | 03/12/2020 | $843.00 | 6633026000 |
| 03/23/2020 | $843.00 | 6652451000 | 04/03/2020 | $843.00 | 6687461000 |
| 04/20/2020 | $843.00 | 6722419000 | 05/05/2020 | $843.00 | 6770548000 |
| 06/29/2020 | $843.00 | 6899759000 | 07/27/2020 | $843.00 | 6962918000 |
| 08/12/2020 | $843.00 | 7008714000 | 09/24/2020 | $843.00 | 7106020000 |
| 10/16/2020 | $843.00 | 7163564000 | 11/30/2020 | $843.00 | 7263078000 |
| 12/28/2020 | $843.00 | 7330613000 | 01/27/2021 | $843.00 | 7405867000 |
| 02/01/2021 | $843.00 | 7421807000 | 02/01/2021 | ($843.00) | 7405867000 |
| 03/08/2021 | $843.00 | | 03/29/2021 | $843.00 | |
| 04/30/2021 | $843.00 | | 06/03/2021 | $845.00 | |
| 07/06/2021 | $845.00 | | 08/02/2021 | $845.00 | |
| 08/31/2021 | $843.00 | | 10/06/2021 | $843.00 | |
| 11/08/2021 | $843.00 | | 12/20/2021 | $843.00 | |
| 01/07/2022 | $843.00 | | 02/11/2022 | $843.00 | |
| 03/09/2022 | $390.00 | | 03/14/2022 | $453.00 | |
| 04/04/2022 | $392.00 | | 05/09/2022 | $392.00 | |
| 06/07/2022 | $392.00 | | 07/12/2022 | $392.00 | |
| 08/01/2022 | $392.00 | | 09/09/2022 | $392.00 | |
| 10/03/2022 | $392.00 | | 10/25/2022 | $392.00 | |
| 12/05/2022 | $392.00 | | 01/10/2023 | $392.00 | |

**Total Receipts: $38,489.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $38,489.00**

**Chapter 13 Case # 18-28447**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA** | | | | | | |
| | 07/18/2022 | $7.51 | 894,394 | 08/15/2022 | $46.51 | 895,968 |
| | 09/19/2022 | $46.50 | 897,565 | 10/17/2022 | $45.54 | 899,232 |
| | 01/09/2023 | $25.81 | 903,846 | | | |
| **GARDEN STATE ANESTHESIA SERVICES PA** | | | | | | |
| | 07/18/2022 | $36.19 | 894,566 | 08/15/2022 | $224.00 | 896,147 |
| | 09/19/2022 | $224.00 | 897,756 | 10/17/2022 | $219.37 | 899,407 |
| | 01/09/2023 | $124.28 | 904,023 | | | |
| **LAKEVIEW LOAN SERVICING LLC** | | | | | | |
| | 03/18/2019 | $1,016.51 | 821,232 | 04/15/2019 | $755.09 | 823,273 |
| | 05/20/2019 | $1,510.18 | 825,245 | 06/17/2019 | $768.70 | 827,272 |
| | 08/19/2019 | $1,537.40 | 831,062 | 10/21/2019 | $1,557.42 | 835,090 |
| | 12/16/2019 | $759.09 | 839,108 | 01/13/2020 | $759.09 | 840,983 |
| **LVNV FUNDING LLC** | | | | | | |
| | 07/18/2022 | $17.41 | 894,664 | 08/15/2022 | $107.77 | 896,252 |
| | 09/19/2022 | $107.77 | 897,863 | 10/17/2022 | $105.54 | 899,514 |
| | 01/09/2023 | $59.79 | 904,128 | | | |
| **MIDFIRST BANK** | | | | | | |
| | 03/16/2020 | $759.09 | 844,823 | 04/20/2020 | $759.09 | 846,771 |
| | 05/18/2020 | $1,479.74 | 848,701 | 06/15/2020 | $1,061.37 | 850,370 |
| | 08/17/2020 | $726.55 | 854,030 | 08/17/2020 | $14.88 | 854,030 |
| | 09/21/2020 | $1,453.10 | 855,821 | 09/21/2020 | $29.75 | 855,821 |
| | 11/16/2020 | $1,080.40 | 859,507 | 11/16/2020 | $22.12 | 859,507 |
| | 01/11/2021 | $726.56 | 863,124 | 01/11/2021 | $14.88 | 863,124 |
| | 02/22/2021 | $726.55 | 864,759 | 02/22/2021 | $14.88 | 864,759 |
| | 03/15/2021 | $1,453.10 | 866,641 | 03/15/2021 | $29.75 | 866,641 |
| | 04/19/2021 | $726.55 | 868,278 | 04/19/2021 | $14.88 | 868,278 |
| | 05/17/2021 | $726.55 | 870,193 | 05/17/2021 | $14.88 | 870,193 |
| | 06/21/2021 | $740.08 | 871,976 | 06/21/2021 | $15.15 | 871,976 |
| | 07/19/2021 | $740.08 | 873,788 | 07/19/2021 | $15.15 | 873,788 |
| | 08/16/2021 | $740.08 | 875,471 | 08/16/2021 | $15.15 | 875,471 |
| | 09/20/2021 | $738.33 | 877,196 | 09/20/2021 | $15.12 | 877,196 |
| | 10/18/2021 | $746.18 | 878,980 | 10/18/2021 | $15.28 | 878,980 |
| | 11/17/2021 | $746.18 | 880,680 | 11/17/2021 | $15.28 | 880,680 |
| | 01/10/2022 | $1,492.36 | 883,977 | 01/10/2022 | $30.56 | 883,977 |
| | 05/16/2022 | $58.94 | 890,778 | 06/20/2022 | $105.71 | 892,439 |
| | 07/18/2022 | $88.64 | 894,183 | | | |
| **PINGORA LOAN SERVICING, LLC.** | | | | | | |
| | 02/11/2019 | $275.22 | 819,951 | 03/06/2019 | ($275.22) | 819,951 |
| **WELLS FARGO AUTO** | | | | | | |
| | 02/11/2019 | $14.63 | 820,525 | 03/18/2019 | $53.66 | 822,562 |
| | 04/15/2019 | $39.86 | 824,539 | 05/20/2019 | $79.72 | 826,601 |
| | 06/17/2019 | $40.58 | 828,482 | 08/19/2019 | $81.16 | 832,435 |
| | 10/21/2019 | $82.22 | 836,478 | 12/16/2019 | $40.07 | 840,340 |
| | 01/13/2020 | $40.07 | 842,239 | 03/16/2020 | $40.07 | 846,064 |
| | 04/20/2020 | $40.07 | 848,035 | 05/18/2020 | $78.12 | 849,769 |
| | 06/15/2020 | $56.03 | 851,467 | 08/17/2020 | $38.35 | 855,160 |
| | 09/21/2020 | $76.71 | 857,066 | 11/16/2020 | $57.03 | 860,644 |
| | 01/11/2021 | $38.35 | 864,115 | 02/22/2021 | $38.35 | 866,091 |
| | 03/15/2021 | $76.71 | 867,658 | 04/19/2021 | $38.35 | 869,577 |
| | 05/17/2021 | $38.35 | 871,365 | 06/21/2021 | $39.07 | 873,224 |
| | 07/19/2021 | $39.07 | 874,932 | 08/16/2021 | $39.07 | 876,642 |
| | 09/20/2021 | $38.98 | 878,437 | 10/18/2021 | $39.39 | 880,163 |
| | 11/17/2021 | $39.39 | 881,828 | 01/10/2022 | $78.78 | 885,118 |
| | 05/16/2022 | $151.96 | 891,932 | 06/20/2022 | $272.57 | 893,696 |
| | 07/18/2022 | $228.53 | 895,314 | | | |

**Chapter 13 Case # 18-28447**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,262.88 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,055.00 | 100.00% | 5,055.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA) NA | UNSECURED | 192.04 | 100.00% | 171.87 | 20.17 |
| 0004 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | HUD | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | WELLS FARGO AUTO | VEHICLE SECURE | 2,055.27 | 100.00% | 2,055.27 | 0.00 |
| 0014 | LVNV FUNDING LLC | UNSECURED | 445.03 | 100.00% | 398.28 | 46.75 |
| 0015 | GARDEN STATE ANESTHESIA SERVICES | UNSECURED | 925.00 | 100.00% | 827.84 | 97.16 |
| 0016 | MIDFIRST BANK | MORTGAGE ARR | 26,816.42 | 100.00% | 26,285.42 | 531.00 |
| 0017 | MIDFIRST BANK | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid: $37,587.56**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $38,489.00    -    Paid to Claims: $30,269.68    -    Admin Costs Paid: $7,317.88    =    Funds on Hand: $901.44

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.