UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on February 1, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

   SONYA C. BROWN, DEBTOR(S)

Case No.: 18-28447 SLM

Adv. No.:

Hearing Date: 1/11/2023 @ 10:00 A.M.

Judge: Stacey L. Meisel, U.S.B.J.

ORDER REDUCING CLAIM ~~AND
AWARDING COUNSEL FEES~~

   For good cause having been shown, the relief set forth on the following pages, two (2) through two (2) is hereby ORDERED:

**DATED: February 1, 2023**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Sonya C. Brown, Debtor(s)

Case no.: 18-28447 SLM

Caption of order: Order Reducing Midfirst Bank's Proof of Claim and Awarding Counsel Fees

_____

1. That Midfirst Bank's Amended Proof of Claim, filed as claim number five on the claims register on October 28, 2022, be and is hereby reduced to the amount of $296.94, the remaining amounts having been already paid by the Chapter 13 Trustee or included in the modified loan.

2. ~~That the Debtor is awarded counsel fees of $750, to be paid, by Midfirst Bank, within fourteen (14) days of entry of this order.~~ Denied without prejudice. Debtor's counsel may submit legal authority supporting its request for fees. Should the Debtor's counsel provide legal authority supporting its request for fees within fourteen (14) days, and prior to the fifteenth (15th) day, the Court reserves the right to change the outcome regarding the fee request.