UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood, 4^(TH) Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on February 1, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SONYA C. BROWN, DEBTOR(S)

Case No.: 18-28447 SLM

Adv. No.:

Hearing Date: 1/11/2023 @ 10:00 A.M.

Judge: Stacey L. Meisel, U.S.B.J.

<u>ORDER REDUCING CLAIM ~~AND~~</u>
<u>~~AWARDING COUNSEL FEES~~</u>

    For good cause having been shown, the relief set forth on the following pages, two (2) through two (2) is hereby ORDERED:

**DATED: February 1, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

Debtor: Sonya C. Brown, Debtor(s)

Case no.: 18-28447 SLM

Caption of order: Order Reducing Midfirst Bank's Proof of Claim and Awarding Counsel Fees

_____

1. That Midfirst Bank's Amended Proof of Claim, filed as claim number five on the claims register on October 28, 2022, be and is hereby reduced to the amount of $296.94, the remaining amounts having been already paid by the Chapter 13 Trustee or included in the modified loan.

2. ~~That the Debtor is awarded counsel fees of $750, to be paid, by Midfirst Bank, within fourteen (14) days of entry of this order.~~ Denied without prejudice. Debtor's counsel may submit legal authority supporting its request for fees. Should the Debtor's counsel provide legal authority supporting its request for fees within fourteen (14) days, and prior to the fifteenth (15th) day, the Court reserves the right to change the outcome regarding the fee request.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-28447-SLM |
| Sonya C Brown | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 01, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sonya C Brown, 1977 Long Terrace, Union, NJ 07083-5406 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 03, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Pingora Loan Servicing  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Sonya C Brown herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa S DiCerbo | on behalf of Creditor Pingora Loan Servicing  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 01, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Nicholas V. Rogers
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC C/O FLAGSTAR BANK, FSB nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7