# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 18-28447 SLM
CHAPTER 13
Judge: Stacey L. Meisel

In re:

Sonya C Brown

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 07/22/2014

I, __Crystal Baker__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:

Recorded on July 25, 2014 in Union County, in Book 13793, at Page 0311.
Property Address: 1977 Long Terrace, Union NJ 07083.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Sonya C Brown

POST-PETITION PAYMENTS (Petition filed on September 16, 2018)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
|  | Agreed Order Entered 07/02/2020 | | | | - |
|  | Loan Modification Covers All Arrears prior to 05/01/2022 | | | | - |
| | | To Suspense | $13,739.49 | 05/01/2022 | $13,739.49 |
| $1,632.73 | 05/01/2022 | 05/2022 | From Suspense | 6/1/2022 | $12,106.76 |
| $1,632.73 | 06/01/2022 | 06/2022 | From Suspense | 6/1/2022 | $10,474.03 |
| $1,632.73 | 07/01/2022 | 07/2022 | From Suspense | 6/1/2022 | $8,841.30 |
| $1,632.73 | 08/01/2022 | 08/2022 | From Suspense | 6/1/2022 | $7,208.57 |
| $1,632.73 | 09/01/2022 | 09/2022 | From Suspense | 6/1/2022 | $5,575.84 |
| $1,632.73 | 10/01/2022 | 10/2022 | From Suspense | 6/1/2022 | $3,943.11 |
| $1,632.73 | 11/01/2022 | 11/2022 | From Suspense | 6/1/2022 | $2,310.38 |
| $1,632.73 | 12/01/2022 | 12/2022 | $1,652.27 | 06/10/2022 | $2,329.92 |
| | | To Suspense | $1,632.73 | 08/09/2022 | $3,962.65 |

| | | | | | |
|---|---|---|---|---|---|
| ($1,632.73) | | 11/2022 Reversal | | 11/23/2022 | $5,595.38 |
| ($1,632.73) | | 12/2022 Reversal | | 11/23/2022 | $7,228.11 |
| $5,590.33 | | ACQ ADV Fees | From Suspense | 11/23/2022 | $1,637.78 |
| $531.00 | | EXP ADV Fees | From Suspense | 11/23/2022 | $1,106.78 |
| | | | $1,606.69 | 01/24/2023 | $2,713.47 |
| $1,606.69 | 11/01/2022 | 11/2022 | From Suspense | 01/27/2023 | $1,106.78 |
| ($1,606.69) | | 11/2022 Reversal | | 02/09/2023 | $2,713.47 |
| $1,632.73 | 11/01/2022 | 11/2022 | From Suspense | 02/14/2023 | $1,080.74 |
| $1,632.73 | 12/01/2022 | | $0.00 | | $1,080.74 |
| $1,606.69 | 01/01/2023 | | $0.00 | | $1,080.74 |
| $1,606.69 | 02/01/2023 | | $0.00 | | $1,080.74 |
| **Total Due: $22,396.55** | | **Total Received: $18,631.18** | | **Arrears: $3,765.37** | |

Continue on attached sheets if necessary.

Monthly payments past due: 1 mos. X $1,632.73, 2 mos. X $1,606.69
Arrears: $3,765.37

Each current monthly payment is comprised of:
    Principal and Interest:  $698.28
    R.E. Taxes:  $_____
    Insurance:  $_____
    Other:  $908.41  (Specify: Escrow)
    TOTAL  $1,606.69_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Loan Modification Agreement effective 5/1/2022.
Notice of Mortgage Payment Change filed 12/08/2022 effective 01/01/2023.

PRE-PETITION ARREARS: $26,816.42

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 2-21-2023

Signature: *Crystal Baker*
Crystal Baker
Vice President