**Caption in Compliance with D.N.J. LBR-9004-1**

| |
|---|
| KML Law Group, P.C. |
| By: Denise Carlon Esquire |
| 701 Market Street, Suite 5000 |
| Philadelphia, PA 19106 |
| 201-549-2363 |
| Attorneys for Secured Creditor: MidFirst Bank |

| In Re: | Case No: | 18-28447 SLM |
|---|---|---|
| Sonya C Brown | Chapter: | 13 |
| Debtor | Judge: | Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, Thomas Diruscio:

   ☐ Represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Denise Carlon, who represents the Secured Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On 03/01/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Certification of Default
   - Proposed Order
   - Exhibits
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 03/01/2023              /S/ Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Sonya C Brown<br>1977 Long Terrace<br>Union, NJ 07083 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Herbert B. Raymond Esq.<br>7 Glenwood Avenue (VIA ECF)<br>Suite #408, 4th Floor<br>East Orange, NJ 07017 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Road; Suite 330 (VIA ECF)<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |